No. 7,124.—STATE ex Rel. GEORGE FULLER et al., Relators, *v.* DISTRICT COURT et al., Respondents.

Decided February 11, 1933.

PER CURIAM. — Upon the authority of *State* v. *Hum Quock,* 89 Mont. 503, 300 Pac. 220, respondents' demurrer to the petition for writ of supervisory control is sustained and the proceeding is dismissed.

*Mr. Lester H. Loble, Mr. Hugh R. Adair, Mr. George Padbury, Jr.,* and *Mr. J. R. Wine,* for Relators.

*Mr. Sherman W. Smith,* County Attorney, for Respondents.